IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILMER JEROME KNIGHT,**

    Petitioner,

v.                                                                 Civil Action No. **3:08CV80**

**DAVID B. EVERETT,**

    Respondent.

## MEMORANDUM OPINION

Petitioner, a Virginia state prisoner proceeding *pro se*, submitted a petition under 28 U.S.C. § 2254. In his present petition, Petitioner challenges his 1992 drug and firearm convictions in the Circuit Court for the City of Richmond. Petitioner currently has another petition for a writ of habeas corpus pending before this Court wherein he challenges these same convictions. *See Knight v. Everett*, Civil Action No. 3:07cv634 (E.D. Va.). The pertinent statutes do not permit inmates to litigate multiple or successive 28 U.S.C. § 2254 petitions. *See Felker v. Turpin*, 518 U.S. 651, 657 (1996). Therefore, by Memorandum Order entered on February 20, 2008, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to show good cause why the present petition should not be dismissed without prejudice to Petitioner's litigation of his claims currently pending in *Knight v. Everett*, Civil Action No. 3:07cv634 (E.D. Va.). More than eleven (11) days have elapsed since the entry of the February 20, 2008 Memorandum Order and Petitioner has not responded. Accordingly, the present action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 4-7-08
Richmond, Virginia

/s/
James R. Spencer
Chief United States District Judge